PER CURIAM.
This is an appeal by the defendant John De Pena from judgments of convictions and *1274 sentences for (1) first-degree murder [§ 782.04(l)(a)(l), Fla.Stat. (1991)], (2) conspiracy to commit first-degree murder [§ 777.04(3), 782.04(l)(a)(l), Fla.Stat. (1991) ], and (3) display of a firearm during the commission of a felony, to wit: first-degree murder [§ 790.07(2), Fla.Stat. (1991)], which were entered below based on an adverse jury verdict. We reject, as having no merit, the defendant’s contentions on appeal that the evidence was insufficient to sustain the convictions on the murder and conspiracy counts, that an evidentiary error was committed at trial, and the jury verdicts were inconsistent. See § 90.404(2)(a), Fla.Stat. (1993); A.B.G. v. State, 586 So.2d 445 (Fla. 1st DCA 1991), cause dismissed, 605 So.2d 1261 (Fla.1992); Vieyra v. State, 562 So.2d 435 (Fla. 3d DCA 1990); Lazarowicz v. State, 561 So .2d 392 (Fla. 3d DCA 1990); Smith v. State, 507 So.2d 788, 790 (Fla. 1st DCA 1987); Shockey v. State, 338 So.2d 33 (Fla. 3d DCA 1976), cert. denied, 345 So.2d 427 (Fla.1977); McClamrock v. State, 327 So.2d 780 (Fla. 3d DCA 1975).
Affirmed.